# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF APPLICATION OF ELEANOR DE LEON, | : : : | Case No. 1:19-mc-15 |
| Petitioner. | : : : : | Judge Timothy S. Black  Magistrate Judge Stephanie K. Bowman |

## ORDER OF DISMISSAL

On May 26, 2020, Petitioner filed an "acknowledgment" stating as follows:

> Petitioner, Eleanor de Leon, hereby acknowledges that The Procter & Gamble Company has produced all of the documents and information it agreed to produce in accordance with the parties' agreement reached on April 13, 2020, at the informal discovery conference held that day before [United States Magistrate Judge Stephanie K. Bowman] and that this case may now be closed.

(Doc. 47 at 1). Also on May 26, 2020, the Sixth Circuit Court of Appeals issued an Order, dismissing the appeal pending in this case, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. (Doc. 48 at 2).

Based upon the foregoing, as this matter has now resolved, the Court **DISMISSES** this case in its entirety and **TERMINATES** the same upon the docket of this Court.

**IT IS SO ORDERED.**

Date: 5/27/2020

*s/Timothy S. Black*
Timothy S. Black
United States District Judge